UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                         Criminal No. 08-142 (DSD/SRN)

       Plaintiff,

    v.                                                      O R D E R

Mohammad Queadir Abdul-Ahad (01),
James Edward King (02), Michael Douglas
Reid (12), Donte Martin (15), Kevin Lewis
(20), and Chiffon Williams (23),

       Defendants.

---

Nancy Brasel and Anders Folk, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Craig Cascarano, Cascarano Law Office, 150 South Fifth Street, Suite 3260, Minneapolis, Minnesota 55402, for Defendant Mohammad Queadir Abdul-Ahad

Barry Voss, Barry Voss PA, 527 Marquette Avenue South, Suite 1050, Minneapolis, Minnesota 55402, for Defendant James Edward King

Paul Schneck, Paul Daniel Schneck, Ltd., 701 Fourth Avenue South, Suite 500, Minneapolis, Minnesota 55415, for Defendant Michael Douglas Reid

William Orth, Orth Law Office, 247 Third Avenue South, Suite 100, Minneapolis, Minnesota 55415, for Defendant Donte Martin

James Sheehy, Sheehy Law, Ltd., 247 Third Avenue South, Minneapolis, Minnesota 55415, for Defendant Kevin Lewis

Michael Colich, Colich & Associates, 10 South Fifth Street, Suite 420, Minneapolis, Minnesota 55402, for Defendant Chiffon Williams

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections were filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Mohammad Queadir Abdul-Ahad's Motion to Suppress Confessions or Admissions (Doc. No. 390) is **DEEMED WITHDRAWN**;

2. Defendant Mohammad Queadir Abdul-Ahad's Motion to Suppress Search and Seizure Evidence (Doc. No. 392) is **DENIED** with respect to the search warrants contained in Government Exhibits 5, 6, 8, 9, 10, and 11; the Court will separately address the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes as it pertains to Government Exhibits 7 and 12;

3. Defendant Mohammad Queadir Abdul-Ahad's Motion to Suppress Evidence Obtained Through Search (Doc. No. 394) is **DENIED** with respect to the search warrants contained in Government Exhibits 5, 6, 8, 9, 10, and 11; the Court will separately address the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes as it pertains to Government Exhibits 7 and 12;

4. Defendant James Edward King's Motion to Dismiss Counts One and Two of the Indictment (Doc. No. 264) is **DENIED**;

5. Defendant Michael Douglas Reid's Motion to Suppress Statements (Doc. No. 524) is **DENIED AS MOOT**;

6. Defendant Michael Douglas Reid's Motion to Suppress Identification (Doc. No. 525) is **DENIED AS MOOT**;

7. Defendant Michael Douglas Reid's Motion to Suppress Evidence Obtained from

   Search and Seizure (Doc. No. 533) is **DENIED** with respect to the search warrants contained in Government Exhibits 5, 6, 8, 9, 10, and 11; the Court will separately address the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes as it pertains to Government Exhibits 7 and 12;

8. Defendant Michael Douglas Reid's Motion to Suppress Evidence Obtained from Electronic Surveillance and Wiretapping (Doc. No. 534) is **DENIED**;

9. Defendant Donte Martin's Motion to Suppress Evidence (Doc. No. 461) is **DENIED** with respect to the search warrants contained in Government Exhibits 5, 6, 8, 9, 10, and 11; the Court will separately address the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes as it pertains to Government Exhibits 7 and 12;

10. Defendant Donte Martin's Motion to Suppress Statements (Doc. No. 462) is **DENIED AS MOOT**;

11. Defendant Donte Martin's Motion to Suppress Electronic Surveillance (Doc. No. 467) is **DENIED**;

12. Defendant Kevin Lewis' Motion to Suppress Statements (Doc. No. 324) is **DENIED**;

13. Defendant Kevin Lewis' Motion to Suppress Wiretap Evidence (Doc. No. 326) is **DENIED**;

14. Defendant Kevin Lewis' Motion to Suppress Eyewitness Identifications (Doc. No. 327) is **DENIED AS MOOT**;

15. Defendant Kevin Lewis' Motion to Suppress Eyewitness Identifications (Doc. No. 328) is **DENIED AS MOOT**;

16. Defendant Kevin Lewis' Motion to Suppress Evidence Obtained from Search and Seizure (Doc. No. 332) is **DENIED** with respect to the search warrants contained in Government Exhibits 5, 6, 8, 9, 10, and 11; the Court will separately address the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes as it pertains to Government Exhibits 7 and 12;

17. Defendant Kevin Lewis' Amended Motion to Suppress Evidence Obtained from Search and Seizure on March 11, 2008 (Doc. No. 511) is **DENIED**;

18. Defendant Chiffon Williams' Motion to Suppress Evidence (Doc. No. 216) is **DENIED** with respect to the search warrants contained in Government Exhibits 5, 6, 8, 9, 10, and 11; the Court will separately address the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes as it pertains to Government Exhibits 7 and 12; and

19. Defendant Chiffon Williams' Motion to Suppress Evidence Obtained from Electronic Surveillance and Wiretapping (Doc. No. 217) is **DEEMED WITHDRAWN**.

Dated: November 14, 2008

                s/David S. Doty
                DAVID S. DOTY
                United States District Judge